# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL R. LOVE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-01903-SKO PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS SUBMITTED IN CASE NUMBER 1:11-CV-01919-LJO-DLB PC IN THIS CASE<br><br>ORDER REQUIRING PLAINTIFF TO NOTIFY COURT WITHIN 20 DAYS IF HE DOES NOT WISH TO PROCEED WITH THIS CASE |

　　　　Plaintiff Carl R. Love, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 16, 2011. On November 17, 2011, a second complaint, duplicative of the one filed in this action, was received, filed, and assigned case number 1:11-cv-01919-LJO-DLB PC. Case number 1:11-cv-01919 was subsequently administratively closed as duplicative on December 9, 2011.

　　　　Although Plaintiff was ordered to pay the filing fee *or* to file an application to proceed in forma pauperis in this action, he has not done so. However, Plaintiff filed a completed application to proceed in forma pauperis in case number 1:11-cv-01919-LJO-DLB PC.[1] Therefore, the Clerk's Office will be directed to file that application in this action. If Plaintiff no longer wishes to proceed with this action, he has twenty (20) days within which to notify the Court that he does not want to

///

---

[1] Because case number 1:11-cv-01919-LJO-DLB PC was dismissed as duplicative of this action, Plaintiff's in forma pauperis application was not ruled on in that case.

1

proceed. If the Court does not receive such notice from Plaintiff, it will grant Plaintiff's application to proceed in forma pauperis after the expiration of the twenty-day deadline.

      Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall file the application for leave to proceed in forma pauperis submitted in case number 1:11-cv-01919-LJO-DLB PC in this case;
2. If Plaintiff no longer wishes to proceed with this action, he must notify the Court within **twenty (20) days** from the date of service of this order; and
3. Unless Plaintiff informs the Court within twenty (20) days that he does not wish to proceed with this action, the Court will grant Plaintiff's application for leave to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:**   **January 23, 2012**     /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE