# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL R. LOVE, | CASE NO. 1:11-cv-01903-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR STAY |
| v. | (Doc. 9) |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff Carl R. Love, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 16, 2011. Plaintiff's complaint is currently pending screening. 28 U.S.C. § 1915A.

On March 14, 2012, pursuant to Federal Rule of Civil Procedure 62, Plaintiff filed a motion for a stay of the proceedings to enforce a judgment. Plaintiff also cites to Rule 42 in support of his stated desire to obtain a stay pending consolidation. Fed. R. Civ. P. 42. The Court notes that Rule 62 is inapplicable as there has been no judgment in this action.

Regarding Plaintiff's reference to consolidation, there is no such issue pending before the Court. Fed. R. Civ. P. 42(a). Case number 1:11-cv-01919-LJO-DLB PC, which is cited by Plaintiff, was closed on the ground that it was duplicative of this action following a review which was prompted by Plaintiff's notice of duplicate actions.[1] Plaintiff subsequently appealed the closure and

---

[1] The Court takes judicial notice of case number 1:11-cv-01919-LJO-DLB PC *Love v. Cate, et al.* *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

1

the Ninth Circuit recently denied Plaintiff's motion for leave to proceed in forma pauperis on appeal upon a finding that his appeal is frivolous.

In sum, Rule 62 is inapplicable and there is no legitimate issue or request before the Court regarding consolidation. Therefore, Plaintiff's motion for a stay, filed on March 14, 2012, is DENIED.

IT IS SO ORDERED.

**Dated:   May 1, 2012**               /s/ Sheila K. Oberto
                              UNITED STATES MAGISTRATE JUDGE